# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ANTONIOUS WILDER,**
a/k/a **LARRY A. DAWKINS**
**D.O.C. # 187653,**

    Plaintiff,

vs.                          Case No.  4:24cv147-WS-MAF

**STATE OF FLORIDA,**

    Defendant.
_____/

## O R D E R

Plaintiff, a pro se state prisoner, initiated this case by submitting a "motion for clarification," ECF No. 1, which the Clerk's Office used to open this case.  It was unclear whether Plaintiff intended to actually initiate this case, or just seek clarification on whether it was possible to do so since Plaintiff has "three strikes."  ECF No. 1 at 2.  An Order was entered, ECF No. 3, requiring Plaintiff to clarify his intentions and properly demonstrate "imminent danger" in a civil rights complaint.  Plaintiff was also required to file an in forma pauperis motion if he wanted to proceed.  *Id.*  When Plaintiff failed to comply, a Report and Recommendation was entered on May 6,

2024, recommending this case be dismissed for failure to prosecute. ECF No. 4.

On May 24, 2024, well after the prior April 29th deadline, Plaintiff has now filed a response to the prior Order. ECF No. 5. Plaintiff's response is incorrectly titled as a "Notification to Fix the Error," but is generally deemed to be Plaintiff's advisement that he wishes to proceed with this case and file a complaint. *Id.* at 1. He also indicates that he needs a court order to be allowed access to the law library. *Id.* at 2.

In light thereof, the Report and Recommendation will be vacated. Plaintiff will be given additional time in which to comply with the prior Order, ECF No. 3. However, Plaintiff is advised that he does not need access to the law library to submit a complaint. The facts of this case should be within Plaintiff's knowledge and memory, not in a law book.

Furthermore, Plaintiff already had a court order which set a deadline for Plaintiff to comply. Plaintiff could have presented that Order if he needed access to the law library.

Plaintiff shall have until **July 1, 2024**, to file his complaint and in forma pauperis motion. If Plaintiff is unable to meet that deadline, Plaintiff must file a motion for an extension of time before the deadline. Plaintiff

Case No. 4:24cv147-WS-MAF

should not wait for deadlines to pass and hope that a Report and Recommendation is not issued. Plaintiff must make a good faith effort to comply with Court Orders by the deadlines provided.

Plaintiff is reminded that he must present facts which show how and why he believes he is in imminent danger; a conclusory assertion is insufficient to avoid the "three strikes" provision of § 1915(g). Secondly, Plaintiff must file an in forma pauperis motion which is supported by copies of Plaintiff's inmate bank account statement for the six (6) month period immediately preceding the filing of the complaint. In this case, that period of time is from **September 1, 2023, through February 29, 2024**. Plaintiff must also present a signed Prisoner Consent Form with his motion.

Accordingly, it is

**ORDERED:**

1. The Report and Recommendation, ECF No. 4, is **VACATED**.

2. The Clerk of Court shall forward to Plaintiff an application packet for requesting leave to proceed in forma pauperis and a § 1983 civil rights complaint form.

3. Plaintiff has until **July 1, 2024,** to either: (1) file a motion requesting leave to proceed in forma pauperis, supported by a computer

printout of the transactions in Plaintiff's inmate bank account for the 6-month period of time preceding the initiation of this case, or (2) pay the full amount of the filing fee ($405.00 if paid in full).

4. Plaintiff has until **July 1, 2024,** to file a proper complaint on the form provided to him with this Order.

5. Failure to timely comply with this Order will result in a recommendation to dismiss this case.

6. A notice must be immediately filed with the Clerk's Office in the event Plaintiff's address changes due to transfer or release from custody.

7. The Clerk of Court shall return this file upon receipt of Plaintiff's compliance with this Order, or no later than July 1, 2024.

**DONE AND ORDERED** on May 29, 2024.

                                             s/   Martin A. Fitzpatrick
                                             **MARTIN A. FITZPATRICK**
                                             **UNITED STATES MAGISTRATE JUDGE**

Case No. 4:24cv147-WS-MAF