# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ANTONIOUS WILDER,**
a/k/a **LARRY A. DAWKINS**
**D.O.C. # 187653,**

    Plaintiff,

vs.                                                Case No.  4:24cv147-WS-MAF

**STATE OF FLORIDA,**

    Defendant.
_____/

## O R D E R

Plaintiff, a pro se state prisoner, has filed a "notification of address change," ECF No. 8, which also includes a request to provide Plaintiff with an extension of time.  In light of Plaintiff's expressed desire to continue this litigation, Plaintiff's motion, ECF No. 8, is granted and the Report and Recommendation will be vacated.

Notably, an Order was entered on May 29, 2024, directing Plaintiff to file an in forma pauperis motion and a civil rights complaint.  ECF No. 6. When Plaintiff failed to comply by the July 1, 2024, deadline, a Report and Recommendation was entered to dismiss this case.  ECF No. 7.  In the

future, Plaintiff should not wait for his deadline to pass before requesting an extension of time. That is especially true in this case because this is the second time that Plaintiff has been granted a belated extension of time and a Report and Recommendation was vacated.

In March 2024, Plaintiff was first ordered to file an amended complaint and in forma pauperis motion. ECF No. 3. A Report and Recommendation, ECF No. 4, was entered on May 6, 2024. It was vacated on May 29, 2024, and Plaintiff given additional time to file his civil rights complaint and in forma pauperis motion. ECF No. 6. When Plaintiff again failed to comply by the deadline provided, another Report and Recommendation was entered on July 10, 2024, recommending this case be dismissed for failure to prosecute. ECF No. 7. Plaintiff is warned that if he again fails to meet a deadline and a Report and Recommendation is entered, it will not be vacated.

To assist Plaintiff, the Clerk's Office is once again directed to provide a civil rights complaint form and in forma pauperis application packet to Plaintiff. Plaintiff is reminded that he must properly demonstrate "imminent danger" to proceed with this case; a conclusory assertion of danger is insufficient to avoid the "three strikes" provision of § 1915(g). Further,

Plaintiff should consider whether or not he is facing imminent danger in light of his recent transfer to Dade Correctional Institution.

In addition, Plaintiff's in forma pauperis motion must be supported by copies of Plaintiff's inmate bank account statement for the six (6) month period immediately preceding the filing of the complaint.  In this case, that period of time is from **September 1, 2023, through February 29, 2024**. Plaintiff must also present a signed Prisoner Consent Form with his motion.

Plaintiff shall have until **August 30, 2024**, to file his complaint and in forma pauperis motion.  If Plaintiff is unable to meet that deadline, Plaintiff <u>must</u> file a motion for an extension of time before the deadline.

Accordingly, it is

**ORDERED:**

1.  The Report and Recommendation, ECF No. 7, is **VACATED**.

2.  The Clerk of Court shall forward to Plaintiff an application packet for requesting leave to proceed in forma pauperis and a § 1983 civil rights complaint form.

3.  Plaintiff has until **August 30, 2024,** to either: (1) file a motion requesting leave to proceed in forma pauperis, supported by a computer printout of the transactions in Plaintiff's inmate bank account for the 6-

month period of time preceding the initiation of this case, or (2) pay the full amount of the filing fee ($405.00 if paid in full).

4. Plaintiff has until **August 30, 2024,** to file a proper complaint on the form provided to him with this Order.

5. Failure to timely comply with this Order will result in a recommendation to dismiss this case.

6. A notice must be immediately filed with the Clerk's Office in the event Plaintiff's address changes due to transfer or release from custody.

7. The Clerk of Court shall return this file upon receipt of Plaintiff's compliance with this Order, or no later than August 30, 2024.

**DONE AND ORDERED** on July 31, 2024.

s/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE**