UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTONIOUS WILDER,
a/k/a LARRY A. DAWKINS,
D.O.C. # 187653,

    Plaintiff,

v.                                       4:24cv147–WS/MAF

STATE OF FLORIDA,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 11) docketed September 5, 2024. The magistrate judge recommends that this case be dismissed because Plaintiff failed to comply with court orders and because, as a three-striker, Plaintiff failed to demonstrate imminent danger such that this case may proceed without payment of the filing fee. Plaintiff has filed objections (ECF No. 12) to the report and recommendation.

Upon review of the record in light of Plaintiff's objections, this court has determined that the report and recommendation is due to be adopted. Accordingly,

it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 11) is adopted and incorporated by reference in this order of the court.

2. This case is hereby DISMISSED because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) who failed to comply with court orders and failed to demonstrate that, at the time of case initiation, he faced imminent danger such that his case could proceed without payment of the filing fee.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall close the case.

5. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this __2nd__ day of __October__, 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE